AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California


LODGED
CLERK, U.S. DISTRICT COURT
5/31/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: CD  DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>MIGUEL ANGEL SAGALCORTEZ,<br>  aka "Miguel Angel Sagal Cortez,"<br>  aka "Miguel Angel Sagalcortes,"<br>Defendant. | Case No. 2:22-mj-02147-DUTY |


FILED
CLERK, U.S. DISTRICT COURT
May 31, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ch  DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 30, 2021, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(1), (b)(2) | Illegal Alien Found in the United States Following Deportation, With Prior Felony and Aggravated Felony Convictions |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

  ☒ Continued on the attached sheet.

/s/ Minerva Bolivar
Complainant's signature

Minerva Bolivar, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: May 31, 2022

Paul L. Abrams
Judge's signature

City and state: Los Angeles, California

Hon. Paul L. Abrams, U.S. Magistrate Judge
Printed name and title

SAUSA Nevarez (213) 894-7413

**AFFIDAVIT**

I, Minerva Bolivar, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against MIGUEL ANGEL SAGALCORTEZ, also known as "Miguel Angel Sagal Cortez," and "Miguel Angel Sagalcortes," ("SAGALCORTEZ"), charging him with violating Title 8, United States Code, Sections 1326(a), (b)(1), and (b)(2), Illegal Alien Found in the United States Following Deportation with Prior Felony and Aggravated Felony Convictions.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF DEPORTATION OFFICER MINERVA BOLIVAR

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service

("INS") since June 2009.  I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. STATEMENT OF PROBABLE CAUSE

4.   On or about September 30, 2021, the Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint that SAGALCORTEZ, a previously deported criminal alien, was arrested and in the custody of the Los Angeles Sheriff's Department ("LASD") in Los Angeles, California.  On or about that same day, an Immigration Detainer was lodged but not honored.

5.   Based on my training and experience, I know that when an individual is fingerprinted by ICE, or the former INS, the individual is issued a Fingerprint Identification Number ("FIN").  The FIN is then automatically associated with the individual's A-Number.  In this case, SAGALCORTEZ's fingerprints were assigned the FIN 1310790251, which was then linked to A-Number 213-595-415 based on prior fingerprints located in the DHS "A-File" bearing the number A213-595-415.

6.   On or about May 23, 2022, I reviewed the Immigration Alien Query ("IAQ") electronic notification associated with SAGALCORTEZ's September 30, 2021 LASD arrest, and saw that the FIN associated with the IAQ was FIN 1310790251.  I thus confirmed that that the individual arrested on September 30, 2021, was SAGALCORTEZ, a previously deported alien.

7.   Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  I also

know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

8. On or about May 23, 2022, I obtained and reviewed the DHS A-File A213-595-415, which is maintained for the subject alien "Miguel Angel SAGALCORTEZ." The A-File contained the following documents and information:

 a. One executed Warrant of Removal/Deportation indicating that SAGALCORTEZ was officially removed from the United States on or about July 28, 2021. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contain the subject's photograph, signature, and fingerprint. The executed Warrant of Removal in SAGALCORTEZ's DHS A-File contain his photograph, signature, and fingerprint.

 b. A certified conviction record showing that SAGALCORTEZ was convicted on or about November 9, 2017, of Having a Concealed Firearm in a Vehicle, a felony, in violation of California Penal Code 25400(a)(1), in the Superior Court of the State of California, Los Angeles County, Case Number VA146210, for which SAGALCORTEZ was sentenced to one year and four months' imprisonment.

 c. A certified conviction record showing that SAGALCORTEZ was convicted on or about January 31, 2018, of Assault by Means of Force Likely to Produce Great Bodily Injury,

an aggravated felony, in violation of California Penal Code 245(a)(4), in the Superior Court of the State of California, Los Angeles County, Case Number TA141707, for which SAGALCORTEZ was sentenced to four years' imprisonment.  This is an aggravated felony crime of violence for which the term of imprisonment is at least one year under the Immigration and Nationality Action Section 101(a)(43)(F).

        d.   A certified conviction record showing that SAGALCORTEZ was convicted on or about October 13, 2021, of Possession of Firearm by a Felon, a felony, in violation of California Penal Code 29800(a)(1), in the Superior Court of the State of California, Los Angeles County, Case Number VA156868, for which SAGALCORTEZ was sentenced to one year and four months' imprisonment.

        e.   Various documents, in addition to a Notice to Appear, indicating that SAGALCORTEZ is a native and citizen of Mexico.  These documents include: (i) an order of the Immigration Judge, dated July 28, 2021, ordering SAGALCORTEZ removed to Mexico; (ii) a Record of Deportable/Inadmissible Alien (form I-213), dated July 8, 2021, where SAGALCORTEZ states he is a citizen and national of Mexico.

        f.   On or about May 11, 2022, I reviewed the printouts of the Interstate Identification Index ("III").  Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's FBI number.  The III printouts confirmed that SAGALCORTEZ had been convicted of the crimes

reflected on the documents contained in SAGALCORTEZ's DHS A-File.

9. On or about May 23, 2022, I reviewed the printouts of ICE computer indices on SAGALCORTEZ. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that SAGALCORTEZ had been removed, deported, and/or excluded on or about the date indicated on the Warrant of Removal/Deportation found in SAGALCORTEZ's DHS A-File. The ICE computer indices further indicated that SAGALCORTEZ had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

10. Based on my review of SAGALCORTEZ's DHS A-File, I determined that it does not contain any record of him ever applying for or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in SAGALCORTEZ's DHS A-File.

### IV. CONCLUSION

11. For all the reasons described above, there is probable cause to believe that Miguel Angel SAGALCORTEZ has committed a

5

violation of Title 8, United States Code, Sections 1326(a), (b)(1), and (b)(2), Illegal Alien Found in the United States Following Deportation with Prior Felony and Aggravated Felony Convictions.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __31st__ day of MAY 2022.

*/s/ Paul L. Abrams*

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE